**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WANNA PLAY PRODUCTS INC.,

     Plaintiff,

v.                                      Case No: 8:20-cv-443-T-36JSS

ROBERT EMERY, JASON BAKKE,
SNUGGLE PET PRODUCTS, LLC, and
DOE 1,

     Defendants.

_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

     In accordance with Local Rule 1.04(d), I certify that the instant action:

___X___   **IS**       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

          _____
          ND Georgia Case No. 1:20-CV-0010  (dismissed w/o prejudice)
          _____

          _____

          _____

_____   **IS NOT**   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

     I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:  February 27, 2020

 /s/ James Claus
_____
James Claus
Attorney for Plaintiff
Florida Bar No. 49847
USPTO Reg. No. 62,173
Email: james.claus@onebox.com

                          James Claus, Attorney
                          4516 NW 37th Terrace
                          Gainesville, FL 32605
                          Phone: (352) 575-8338