# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WANNA PLAY PRODUCTS, INC.
d/b/a AMAZON STOREFRONT
CALMEROOS,

    Plaintiff,

v.

ROBERT EMERY, JASON BAKKE,
SNUGGLE PET PRODUCTS, LLC. d/b/a
SMARTPETLOVE, and DOE 1,

    Defendants.

CASE NO.: 8:20-cv-00443-CEH-JSS

## DECLARATION OF JASON BAKKE

I, Jason Bakke, declare as follows:

1. I am an employee of Encompass Pet Group, LLC d/b/a Smart Pet Love and am currently the Director of Technology.

2. I own no interest in Snuggle Pet Products, LLC or Encompass Pet Group, LLC.

3. I currently reside in Hillsboro, Oregon and have lived in Oregon my entire life except for temporarily living in Michigan about six years ago.

4. I do not own any land in Florida or any other assets based in Florida.

5. The alleged conduct relating to me in the Complaint occurred in Oregon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of July 2020.

_____
Jason Bakke