**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WANNA PLAY PRODUCTS INC.,

      Plaintiff,

v.                                        Case No: 8:20-cv-443-T-36JSS

ROBERT EMERY, JASON BAKKE,
SNUGGLE PET PRODUCTS, LLC and
DOE 1,

      Defendants.

_____

## ORDER

      This case is before the Court on the Case Management Report (Doc. 30) filed by the Plaintiff on November 23, 2020.

      The parties shall utilize the <u>Case Management Report form</u> located at the Court's website <u>www.flmd.uscourts.gov</u> under 'Judicial Information' and under assigned Judge Charlene Edwards Honeywell. *See also* Doc. 3, Related Case Order and Notice of Patent Track 2.

      Accordingly, it is now

      **ORDERED:**

      The Case Management Report (Doc. 30) is **STRICKEN**. The parties shall submit an Amended Case Management Report on or before **<u>December 1, 2020</u>**. Failure to comply with this Order may result in the imposition of appropriate sanctions without further notice.

      **DONE** and **ORDERED** in Tampa, Florida on November 24, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties