UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| WANNA PLAY PRODUCTS INC. dba AMAZON STOREFRONT CALMEROOS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT EMERY; JASON BAKKE; SNUGGLE PET PRODUCTS, LLC, dba SmartPetLove; and DOE 1;<br><br>Defendants. | Case No. 8:20-cv-443-T-36JSS |

**JOINT NOTICE OF SETTLEMENT**

The Parties to this action, through their respective undersigned counsel, hereby file this Joint Notice of Settlement.

Pursuant to the Court's Case Management and Scheduling Order (Doc. No. 34) and Local Rule 3.08, the Parties are pleased to report that Mr. Jim Matulis' mediation efforts have resulted in a settlement on March 10, 2021. This matter has settled in all respects, and all Parties have executed a Mediated Settlement Agreement Term Sheet.

The Parties are currently preparing a written settlement agreement. No later than March 24, 2021, the Parties will file a request for dismissal with

prejudice, which will include a request that the Court retain jurisdiction to interpret and enforce the terms of settlement. In the meantime, the Parties request that the Court stay any deadlines.

WHEREFORE, the Parties respectfully and jointly provide this Settlement Notice.

Respectfully and jointly submitted, this March 15, 2021.

By: /s/ James Claus
James Claus
Florida Bar No. 49847
USPTO Reg. No. 62,173
Email: james.claus@onebox.com
JAMES CLAUS, ATTORNEY
4516 NW 37th Terrace
Gainesville, FL 32605
352.575.8338

Jeffrey T. Breloski, Trial Counsel
Florida Bar No. 18077
USPTO Reg. No. 60,952
E-mail: jbreloski@ATLawip.com
ATLAW*IP* LLC
1265 Stuart Ridge
Johns Creek, Georgia 30022
678.667.3491

*Attorneys for Plaintiff*

By: /s/ Richard E. Fee
Richard E. Fee
Local Counsel
Florida Bar No. 813680
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
bszabo@feejeffries.com

Jeffrey M. Drake
Lead Counsel
(*Pro Hac Vice*)
MILLER CANFIELD
225 W. Washington, Suite 2600
Chicago, Illinois 60606
(312) 460-4200
(312) 460-4201 (Facsimile)
drake@millercanfield.com

*Counsel for Defendants,*
*Robert Emery, Jason Bakke, and Snuggle Pet Products, LLC d/b/a SmartPetLove*

# CERTIFICATE OF COMPLIANCE

Pursuant to LR 1.05(a), the undersigned counsel certify that the foregoing has been prepared in 1 ¼" margins and in Book Antiqua 13 point, one of the fonts and points approved by the Court.

By: /s/ *James Claus*
James Claus
Florida Bar No. 49847
USPTO Reg. No. 62,173
Email: james.claus@onebox.com

## CERTIFICATE OF SERVICE

I certify that I have electronically filed a copy of the foregoing and understand that notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and that parties may access this filing through the CM/ECF system.

Dated: March 15, 2021

By: */s/ James Claus*
James Claus
Florida Bar No. 49847
USPTO Reg. No. 62,173
Email: james.claus@onebox.com