# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WANNA PLAY PRODUCTS INC.
DBA AMAZON STOREFRONT
CALMEROOS

CASE NO. 8:20-cv-443-T-36JSS

    Plaintiff,

v.

ROBERT EMERY, JASON BAKKE.
SNUGGLE PET PRODUCTS, LLC DBA
SMARTPETLOVE, and DOE 1,

    Defendants.
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on March 10, 2021, and the results of that conference are indicated below:

☑ All individual parties and their respective trial counsel, designated corporate representatives, and required claims professionals, if any, attended and participated in the mediation conference, and each possessed the requisite authority.

The outcome of the mediation conference was:

☑ the case had been completely settled.

Dated: March 16, 2021

                                        By: /s/ James M. Matulis
                                        Jim@MatulisLaw.com
                                        MATULIS IP LAW
                                        Florida Bar No. 0077429
                                        Chase Professional Park
                                        10906 Sheldon Road
                                        Tampa, FL 33626
                                        813.451.7347

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 16, 2021, I electronically transmitted the attached document with the United States District Court electronic case filing system, which will electronically send copies to all counsel of record.

                */s/ James Matulis*
                James Matulis, Esq.